Not for Publication

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES CORCORAN,<br><br>    Plaintiff,<br><br>v.<br><br>CHIEF GLEN CAUWELS,<br>*In his individual and official capacities*,<br>    **Defendant.** | Civil Action No. 18-13875 (ES) (JAD)<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

Before the Court is Defendant Chief Glen Cauwels's motion to dismiss Plaintiff James Corcoran's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (D.E. No. 5). The Court having considered the parties' submissions and having decided the motion without oral argument pursuant to Local Civil Rule 78.1(b); and for the reasons set forth in the Court's accompanying Opinion,

IT IS on this 9th day of August, 2019,

**ORDERED** that Defendant's motion to dismiss (D.E. No. 5) is DENIED; and it is further

**ORDERED** that the Clerk of Court shall terminate Docket Entry Number 5.

                                                *s/Esther Salas*
                                                **Esther Salas, U.S.D.J.**